U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office

2/8 20 18
M
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | |
| ) | | |
| v. ) | Case No. | CR417-227 |
| ) | | |
| STEPHEN JILES, ) | | |
| ) | | |
| Defendant. ) | | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | |
| ) | | |
| v. ) | Case No. | CR417-248 |
| ) | | |
| GEORGE POLITE, ) | | |
| ) | | |
| Defendant. ) | | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | |
| ) | | |
| v. ) | Case No. | CR417-262 |
| ) | | |
| DARRELL MCRAE, ) | | |
| ) | | |
| Defendant. ) | | |

## ORDER

Stephanie O. Burgess, counsel of record for defendants in the above-styled cases, has moved for leave of absence. The Court is mindful that personal and professional obligations require the

absence of counsel on occasion. The Court, however, cannot accommodate its schedule to the thousands of attorneys who practice within the Southern District of Georgia.

Counsel may be absent at the times requested. However, nothing shall prevent these cases from going forward; all discovery shall proceed, status conferences, pretrial conferences, and trial shall not be interrupted or delayed. It is the affirmative obligation of counsel to provide a fitting substitute.

**SO ORDERED** this 8th day of February 2018.

_____
HONORABLE WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA